# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| Aaron Q. Ingram,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Kevin McMahill, et al.<br><br>　　　　　　Defendants. | Case No. 2:24-cv-00069-CDS-DJA<br><br>**Report and Recommendation** |

On April 11, 2024, the Court noted that Plaintiff's *in forma pauperis* application was incomplete because it did not include a completed financial certificate and inmate trust fund account statement for the previous six-month period. (ECF No. 8). The Court thus deferred ruling on Plaintiff's application and gave Plaintiff until May 13, 2024 to either pay the filing fee or file a completed financial certificate and copy of the inmate's trust fund account statement. (*Id.* at 2). The Court stated, "Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order." (*Id.* at 2). To date, Plaintiff has not filed a completed financial certificate and inmate trust fund, or paid the filing fee. The Court thus recommends denying Plaintiff's application to proceed *in forma pauperis* and dismissing Plaintiff's case without prejudice. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

Accordingly, the undersigned **recommends** that Plaintiff's application to proceed *in forma pauperis* (ECF No. 6) be **denied** and that this case be **dismissed without prejudice**. The Clerk of Court is kindly directed to send Plaintiff a copy of this report and recommendation.

**NOTICE**

Pursuant to Local Rule IB 3-2 any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within (14) days after service of this Notice. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985), *reh'g denied*, 474 U.S. 1111 (1986). The Ninth Circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

DATED: May 20, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE