# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Aaron Quincy Ingram,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Kevin McMahill, et al.,<br><br>　　　　　　Defendants. | Case No. 2:24-cv-00069-CDS-DJA<br><br>**Order** |

Before the Court are Plaintiff's responses to Defendant A. Cordero's first set of request for admissions. (ECF No. 21). However, Plaintiff must send his responses to Defendants' discovery requests directly to Defendants, not to the Court. Under Federal Rule of Civil Procedure 5(d)(1)(A) and Local Rule 26-7, discovery requests and responses must not be filed until they are used in the proceeding or the Court orders filing. So, the Court strikes Plaintiff's responses from the docket. *See* LR IA 10-1(d).

**IT IS THEREFORE ORDERED** that the Clerk of Court is kindly directed to **strike** ECF No. 21 from the docket and to **send** Plaintiff a copy of this order.

DATED: October 23, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　DANIEL J. ALBREGTS
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE